700

73 So.2d 572

**Henry Woodrow VANDIVER v. STATE.**

8 Div. 766.

Supreme Court of Alabama.

April 15, 1954.

Rehearing Denied June 30, 1954.

Rogers & Tyree, Florence, for petitioner.

Si Garrett, Atty. Gen., Wm. H. Sanders, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Henry Woodrow Vandiver for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Vandiver v. State, 37 Ala.App. 526, 73 So.2d 566.

Writ denied.

LAWSON, STAKELY, and MERRILL, JJ., concur.

74 So.2d 618

**Cleo WALKER**

**v.**

**STATE.**

3 Div. 713.

Supreme Court of Alabama.

Aug. 30, 1954.

Si Garrett, Atty. Gen., Robt. Straub, Asst. Atty. Gen., Owen Bridges, Montgomery, of counsel, for petition.

Nesbitt Elmore and Harry H. Perdue, Jr., Montgomery, opposed.

MERRILL, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Walker v. State, 37 Ala.App. 639, 74 So.2d 617.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

72 So.2d 859

**Hester WILLIAMS v. STATE.**

8 Div. 769.

Supreme Court of Alabama.

May 20, 1954.

Si Garrett, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., for petitioner.

R. B. Patton and D. U. Patton, Athens, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Williams v. State, 37 Ala.App. 572, 72 So.2d 858.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.